UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

AJAY BAHL,

                    Plaintiff,

- against -

NEW YORK COLLEGE OF OSTEOPATHIC MEDICINE OF NEW YORK INSTITUTE OF TECHNOLOGY ("NYCOM-NYIT" or "NYCOM"); NORTH SHORE LONG ISLAND JEWISH PLAINVIEW HOSPITAL ("NS-LIJ"); THE NATIONAL BOARD OF OSTEOPATHIC MEDICAL EXAMINERS ('NBOME"),

                    Defendants.

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

14-CV-4020

(LDW) (SIL)

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Ajay Bahl, by and through his attorneys, Leeds Brown Law, P.C. and Kevin T. Mulhearn, P.C., hereby gives notice of voluntary dismissal and voluntarily dismisses, with prejudice, all causes of action as against Plainview Hospital, incorrectly sued as "North Shore Long Island Jewish Plainview Hospital", in the above-captioned action. Plainview Hospital has not filed or served an answer or a motion for summary judgment in this action. Each party shall bear his or their own costs and attorneys' fees.

Dated: October 16, 2015

LEEDS BROWN LAW, P.C.

By: _____
      Rick Ostrove, Esq.

One Old Country Road, Suite 347
Carle Place, New York 11514
(516) 873-9550
*Attorneys for Plaintiff*

KEVIN T. MULHEARN, P.C.

By: _____
      Kevin T. Mulhearn, Esq.

60 Dutch Hill Road, Suite 15
Orangeburg, New York 10962
(845) 398-0361
*Attorneys for Plaintiff*

4849-3393-0025.1