| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
|---|---|
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

| BEFORE: | A. KATHLEEN TOMLINSON | DATE: | 2-3-2016 |
|---|---|---|---|
| | U.S. MAGISTRATE JUDGE | TIME: | 11:09 a.m. (49 minutes) |

*Bahl v. New York College of Osteopathic Medicine of New York Institute of Technology et al,* **CV 14-4020(LDW) (AKT)**

TYPE OF CONFERENCE:   **STATUS CONFERENCE**

APPEARANCES:   Plaintiff   Rick Ostrove

Defendant   Douglas P. Catalano
Neil G. Sparber (New York College of Osteopathic Medicine of New York Institute of Technology)

Ellen Storch (The National Board of Osteopathic Medical Examiners)

FTR:   11:09-11:58

SCHEDULING:

This case is set down for a Telephone Conference on March 10, 2016 at 1:30 p.m. Plaintiff's counsel is requested to initiate the call to Chambers and to use an outside conferencing service so that all parties may be heard clearly on the call. All counsel are required to be on a land line for the call.

THE FOLLOWING RULINGS WERE MADE:

We spent time today discussing issues which have arisen concerning expert discovery as well as the procedural posture of this case. Counsel have a number of issues to go back and discuss with their clients and with each other. We will reconvene on March 10, 2016 to put the next steps in place to move toward the completion of discovery.

SO ORDERED

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge