UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AJAY BAHL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:17-cv-01109-TWP-DML |
| ) | |
| THE NATIONAL BOARD OF ) | |
| OSTEOPATHIC MEDICAL ) | |
| EXAMINERS, ) | |
| ) | |
| Defendant. ) | |

## Order Setting Telephone Status Conference

This case was recently transferred to this court from the United States District Court for the Eastern District of New York. A telephone status conference with Magistrate Judge Debra McVicker Lynch is set for **May 23, 2017,** at **1:00 p.m. (Eastern)**. Counsel are to contact the court at 317.229.3630 to participate in the conference. Where multiple counsel representing the same party participate in the conference, those counsel should make arrangements to call the court on a single line.

At least three business days before the conference, the parties must file a joint status report that describes (a) outstanding matters to complete before dispositive motion practice and trial and (b) any other proposed agenda items for the conference.

Attorneys representing Mr. Bahl and the National Board must be admitted to practice before this court in accordance with either Local Rule 83-5(b) or (c). They

must act promptly to gain admission if they will continue to represent a litigant and must file an appearance. No further entries or orders will be served on attorneys who are not properly admitted to practice and have not properly appeared.

    So ORDERED.

Dated:   4/19/17   _____

                              Debra McVicker Lynch
                              United States Magistrate Judge
                              Southern District of Indiana

Distribution:
All ECF-registered counsel of record by email through the court's ECF system
Via United States mail:
Kevin T. Mulhearn
60 Dutch Hill Road, Suite 8
Orangeburg, NY  10962

Rick Ostrove and Sean M. O'Hara
Leeds Brown Law, P.C.
1 Old Country Road, Suite 347
Carle Place, NY  11514

Douglas Peter Catalano
Norton Rose Fulbright US LLP
666 Fifth Avenue
New York, NY  10103

Ellen Storch
Kaufman Dolowich Voluck & Gonzo LLP
135 Crossways Park Drive Suite 201
Woodbury, NY  11797

Robert Kelso and Kristen M. Carroll
Kightlinger & Gray LLP
211 North Pennsylvania Street
One Indiana Square, Suite 300
Indianapolis, IN  46204

Sydney L. Steele
Kroger Gardis & Regas LLP
111 Monument Circle, Suite 900
Indianapolis, IN  46204