UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AJAY BAHL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:17-cv-01109-TWP-DML |
| | ) |
| NATIONAL BOARD OF OSTEOPATHIC | ) |
| MEDICAL EXAMINERS, INC., | ) |
| | ) |
| Defendant | ) |

**ORDER ON DEFENDANT'S MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

This case is before the court on the defendant's Motion for Extension of Time to Respond to Plaintiff's Amended Complaint (Dkt. 127). The court, having reviewed the motion and being duly advised, now GRANTS the motion.

IT IS ORDERED that the defendant's time to respond to the plaintiff's Amended Complaint is extended to and including May 24, 2017.

Date:  April 24, 2017

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via e-mail generated by the court's ECF system