UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AJAY BAHL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:17-cv-01109-TWP-DML |
| | ) |
| THE NATIONAL BOARD OF OSTEOPATHIC MEDICAL EXAMINERS, | ) ) ) |
| | ) |
| Defendant. | ) |

## Order Requiring Plaintiff and Plaintiff's Counsel to Participate in <u>Telephone Status Conference</u>

The court has received a letter dated May 2, 2017, from attorney Rick Ostrove, who has represented plaintiff Ajay Bahl. Mr. Bahl's claims against The National Board of Osteopathic Medical Examiners were transferred to this court on April 12, 2017, from the Eastern District of New York. This court has set a telephone status conference for May 23, 2017, to address case management. Mr. Ostrove's letter states that he and his firm (attorney Sean O'Hara of the same law firm also had appeared for Mr. Bahl) do not intend to continue to represent Mr. Bahl because the case is now transferred to Indiana. Mr. Ostrove and Mr. O'Hara apparently will not seek *pro hac vice* admission to this court. Because it appears that the plaintiff will be without counsel if Mr. Ostrove or Mr. O'Hara do not participate in the status conference and these lawyers have not moved to withdraw their appearances, the court ORDERS that Mr. Ostrove or Mr. O'Hara must

participate in the May 23, 2017 telephone status conference, along with Mr. Bahl. Counsel should be prepared to address (a) the status of Mr. Mulhearn's representation of Mr. Bahl,[1] (b) whether they intend to move to withdraw their appearances for Mr. Bahl, and (c) Mr. Bahl's intent to obtain Indiana counsel.

    So ORDERED.

Dated: 5/15/17

*Debra McVicker Lynch* (signature)
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the court's ECF system

Via United States mail:
Mr. Rick Ostrove
LEEDS BROWN LAW, P.C.
One Old Country Road, Suite 347
Carle Place, NY 11514

---

[1] Mr. Bahl's original complaint was filed by attorney Kevin T. Mulhearn, but the docket indicates that Mr. Mulhearn has not actively participated in the case since Ms. Ostrove and his firm began appearing for Mr. Bahl in March 2015.