UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

AJAY BAHL,

                  Plaintiff,

-against-

                  CASE NO. 1:17-CV-01109-TWP-DML

THE NATIONAL BOARD OF OSTEOPATHIC
MEDICAL EXAMINERS, INC.,

                  Defendant.

---

### ORDER GRANTING MOTION TO WITHDRAW APPEARANCE

This matter came before the Court on the Motion for Leave to Withdraw the appearance of Rick Ostrove, Sean O'Hara and the law firm of Leeds Brown Law, P.C. on behalf of Plaintiff Ajay Bahl. The Court hereby GRANTS the Motion and ORDERS that the appearance of counsel Rick Ostrove and Sean O'Hara on behalf of Plaintiff Ajay Bahl is withdrawn.

Date:

                                                _____
                                                Judge, United States District Court
                                                for the Southern District of Indiana

Distribution: all counsel of record via CM/ECF system. The clerk shall serve Plaintiff Ajay Bahl at 151 Wentworth Ave, Albertson, New York 11507.