IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AJAY BAHL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:17-cv-01109-TWP-DML |
| ) | |
| THE NATIONAL BOARD OF ) | |
| OSTEPATHIC MEDICAL EXAMINERS ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S SECOND MOTION TO EXTEND THE LIABILITY DISCOVERY DEADLINE AND THE DISPOSITIVE MOTION DEADLINE**

Plaintiff Ajay Bahl, by counsel, respectfully requests the Court extend the liability discovery deadline sixty-two (62) days, to and including March 19, 2018. Mr. Bahl also respectfully requests that the Court extend the dispositive motion deadline sixty-two (62) days, to and including April 18, 2018. In support of this Motion, Mr. Bahl shows the Court as follows:

1.  Following the depositions of Ms. Shelby Keiser and Dr. Benjamin Lovett, it became apparent that there was outstanding discovery not yet provided to Mr. Bahl. Because of these outstanding discovery responses, Mr. Bahl requests that the Court extend the liability discovery deadline an additional sixty-two (62) days, to and including March 19, 2018. Mr. Bahl also respectfully requests that the Court extend the dispositive motion deadline sixty-two (62) days, to and including April 18, 2018.

2.  On October 4, 2017, the Court entered an Order which extended the liability discovery deadline as well as the dispositive motion deadline. [Dkt. 151].

3.  Following an initial request for extension of the deadlines, the current liability discovery deadline is January 16, 2018, and the current dispositive motion deadline is February 15, 2018. [Dkt. 156].

4. Because of outstanding discovery responses, Mr. Bahl requests that the Court extend the liability discovery deadline an additional sixty-two (62) days, to and including March 19, 2018. Mr. Bahl also respectfully requests that the Court extend the dispositive motion deadline sixty-two (62) days, to and including April 18, 2018.

5. The relief sought in this Motion does not adversely impact any other deadlines in this matter because the trial date has not been set.

6. NBOME objects to Mr. Bahl's request for an extension of the liability discovery and dispositive motion deadlines.

WHEREFORE, Plaintiff Ajay Bahl, by counsel, respectfully requests the Court extend the liability discovery deadline sixty-two (62) days, to and including March 19, 2018. Mr. Bahl also respectfully requests that the Court extend the dispositive motion deadline sixty-two (62) days, to and including April 18, 2018. Plaintiff further requests all other just and proper relief.

Respectfully submitted,

*s/ Jamie A. Maddox*
Kevin W. Betz, Atty. No. 14188-82
Jamie A. Maddox, Atty. No. 26522-49
*Attorneys for Plaintiff Ajay Bahl*

BETZ + BLEVINS
One Indiana Square, Suite 1660
Indianapolis, Indiana 46204
Office: (317) 687-2222
Fax: (317) 687-2221
E-mail: litigation@betzadvocates.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              *s/ Jamie A. Maddox*
                                              Jamie A. Maddox

BETZ + BLEVINS
One Indiana Square, Suite 1660
Indianapolis, Indiana 46204
Office: (317) 687-2222
Fax: (317) 687-2221
E-mail: litigation@betzadvocates.com