IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AJAY BAHL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:17-cv-01109-TWP-DML |
| ) | |
| THE NATIONAL BOARD OF ) | |
| OSTEPATHIC MEDICAL EXAMINERS ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S DESIGNATION OF EVIDENCE IN OPPOSITION TO DEFENDANT'S MOTIONS FOR JUDGMENT ON PLEADINGS AND/OR SUMMARY JUDGMENT**

| **#** | **Date** | **Description** | **Bates Range** |
|---|---|---|---|
| 1 | 03/26/2018 | Declaration of Plaintiff Ajay Bahl | N/A |
| 1-A | N/A | Screenshot of NBOME website | N/A |
| 1-B | 11/10/2015 | String of emails between Rick Ostrove, Ellen Storch, Sean O'Hara, Sydney Steele, Neil Sparber and Samantha Beltre regarding injunctive relief | N/A |
| 2 | 08/29/2011 | Report from The Yellin Center regarding Ajay Bahl | NBOME00077-NBOME00108 |
| 3 | Various | Excerpts from the Deposition of Ajay Bahl | N/A |
| 4 | 2011-2012 | NYCOM-NYIT Student Handbook 2011-2012 | NYIT001551, NYIT1581 |
| 5 | 05/01/2013 | COMLEX Level 2-CE Request for Test Accommodation | NBOME00073-NBOME00075 |
| 6 | 07/12/2013 | Letter from Margaret Wong, Manager of Client Services for NBOME, to Ajay Bahl | NBOME00147-NBOME00148 |
| 7 | 06/19/2013 | COMLEX Level 2-PE Request for Test Accommodation | NBOME00111-NBOME00113 |
| 8 | 08/22/2013 | Email from Casey McGrath to Shelby Keiser and Laurie Marshall of Keiser Consulting | NBOME00051 |
| 9 | 08/23/2013 | Email from Casey McGrath to Ajay Bahl | NBOME00054-NBOME00056 |
| 10 | 08/23/2013 | TAC Monthly Meeting Agenda for August 28, 2013 Meeting | NBOME00063 |
| 11 | 08/28/2013 | NBOME TAC Meeting Minutes for August 28, 2013 | NBOME00070-NBOME00071 |

| #  | Date       | Description                                                                              | Bates Range                |
|----|------------|------------------------------------------------------------------------------------------|----------------------------|
| 12 | 09/03/2013 | Letter from Margaret Wong, Manager of Client Services for NBOME, to Ajay Bahl            | NBOME00150                 |
| 13 | 08/28/2013 | Letter from Stewart Lee Karlin, P.C. to NYCOM Office of Disability Services              | NYIT002025-NYIT002026      |
| 14 | 08/19/2013 | Letter from Dr. Lenard A. Adler, M.D. regarding Ajay Bahl                                | NYIT001324-NYIT001325      |
| 15 | 01/10/2018 | Excerpts from the Deposition of Benjamin J. Lovett, Ph.D.                                | N/A                        |
| 16 | 02/03/2016 | Excerpts of Transcript from Hearing on February 3, 2016 in the Eastern District of New York | NA                      |

Respectfully submitted,

*s/ Jamie A. Maddox*
Kevin W. Betz, Atty. No. 14188-82
Jamie A. Maddox, Atty. No. 26522-49

*Attorneys for Plaintiff Ajay Bahl*

BETZ + BLEVINS
One Indiana Square, Suite 1660
Indianapolis, Indiana 46204
Office: (317) 687-2222
Fax: (317) 687-2221
E-mail: litigation@betzadvocates.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 27, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                          *s/ Jamie A. Maddox*
                                          Jamie A. Maddox

BETZ + BLEVINS
One Indiana Square, Suite 1660
Indianapolis, Indiana 46204
Phone: (317) 687-2222
Fax: (317) 687-2221
E-mail: litigation@betzadvocates.com