**McGrath, Casey**

| | |
|---|---|
| **From:** | McGrath, Casey |
| **Sent:** | Thursday, August 22, 2013 8:56 AM |
| **To:** | skeiser@keiserconsulting.com; 'Laurie Marshall' (lynne@keiserconsulting.com) |
| **Subject:** | August 2013 |

Hi Shelby,
I wanted to check status for next week's meeting.  For August I have the following applications:

 (Reconsideration)

I have the consultant report for ▓▓▓▓▓ but am still waiting for ▓▓▓▓ and ▓▓ correct?

Also, I have another application for Level 2-PE from Ajay Bahl. I received it a few months ago, but thought it was a copy of his other application for CE.  The same documentation for both.  Do you think there is any chance of having it reviewed before Wednesday?  If not it's ok, I just wanted to try since it was my error that has delayed the process for him so much.

Thanks,
Casey

*Casey McGrath*
Senior Client Services Representative
National Board of Osteopathic Medical Examiners
8765 W Higgins Rd, Ste 200
Chicago, IL 60631
(O) 866-479-6828│ (F) 773.714.0631│Email – cmcgrath@nbome.org


NATIONAL BOARD OF OSTEOPATHIC MEDICAL EXAMINERS

Confidential Notice
This communication is intended for the sole use of the person (s) to whom it is addressed and may contain information that is privileged and confidential. Any dissemination, distribution or copying of this communication by anyone other than the intended recipient or the person responsible for its delivery is strictly prohibited. If you have received this communication in error, please call this office immediately and destroy the communication.

**EX. 8**

NBOME00051