# In the Matter Of:

*AJAY BAHL*

*vs*

*THE NATIONAL BOARD OF OSTEOPATHIC MEDICAL EXAMINERS, INC.*

_____

**Benjamin J. Lovett, Ph.D.**

*January 10, 2018*

_____



Stewart Richardson
DEPOSITION SERVICES

800.869.0873 | www.StewartRichardson.com

Reporting Driven by Excellence — Since 1975

| INDIANAPOLIS | EVANSVILLE | FORT WAYNE | VALPARAISO |
| --- | --- | --- | --- |
| 317.237.3773 | 812.477.4449 | 260.444.4864 | 219.462.3436 |

**EX. 15**

```
 1  impairments were noted.  So could you be specific about which
 2  impairment you're referring to?
 3         Q    Oh, no.  I'm referring to all of them.
 4         A    Oh, okay.
 5         Q    Someone who presents with all of those
 6  impairments, what is the best way to evaluate that individual
 7  from all of your professional knowledge, given that you've
 8  already told me that each situation is unique?
 9         A    Right.  So again, you know, not only does it
10  depend on the individual client, it also depends on the
11  individual providers.  So, for instance, Mr. Bahl went to --
12         Q    Well, you're not talking about --
13              MR. STEELE:  Let him finish.  He wasn't
14              finished, I don't think.
15         Q    Okay.  I just want to make sure -- Dr. Lovett,
16  we're not talking about a hypothetical or we're not talking
17  about a provider.  We're talking about an accommodation for
18  Ajay Bahl and the issues he presented to NBOME; okay?
19         A    So is your question who should Mr. Bahl have
20  gone to?
21         Q    No.  You, I understand, did an evaluation of
22  Ajay Bahl; right?
23         A    I have never evaluated Mr. Bahl clinically.
24         Q    Okay.  You did do an evaluation; is that
25  correct?
```

```
 1   Now, we know what you did, Dr. Lovett.  You looked at some
 2   documents and did a Level 2 CE document review; right?
 3        A    Yes.
 4        Q    Is that right?  Okay.  Now, given that
 5   Ajay Bahl had a Level 2 PE and a Level 2 CE situation and
 6   application for accommodation, do you agree he did have that?
 7        A    I know that he did.
 8        Q    Okay.  Good.  Now, all you did was review
 9   documents; right?
10        A    Exactly.  In that I never met Mr. Bahl or
11   evaluated him clinically.
12        Q    I know, I know that, and I'm happy for you to
13   testify about that.  But what I'm looking for is your
14   testimony and your professional knowledge, skill, and
15   education to inform us as to the best way to do an analysis,
16   not just looking at documents, Dr. Lovett, which I know
17   that's what you were restricted in doing; right?
18        A    Yes, yeah.  I did not clinically evaluate him.
19        Q    You weren't --
20             MR. STEELE:  Let him finish, yes.
21        A    Yes, I was not requested to evaluate
22   Mr. Bahl -- Mr. Bahl clinically.
23        Q    Exactly.  Now, if you were to give a seminar,
24   Dr. Lovett, and, say, fellow peers who are PhDs in this area
25   of the issues involving a Level 2 PE and Level 2 CE, would
```