UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AJAY BAHL, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:17-cv-01109-DML-TWP |
| NATIONAL BOARD OF OSTEOPATHIC MEDICAL EXAMINERS, INC., | ) |
| Defendant | ) |

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

The Court, having considered the parties' Stipulation of Dismissal With Prejudice, and being duly advised, now finds that the Stipulation should be approved.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice, each party to pay its own attorneys' fees and costs.

Date: 11/21/2018

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution to all electronically registered counsel.